1

2

3

4

5

6                        **UNITED STATES DISTRICT COURT**

7                             **DISTRICT OF NEVADA**

8

9   RICHARD D. ARMSTRONG,              )
                                       )
10            Petitioner,              )        3:06-cv-0394-ECR-RAM
                                       )
11   vs.                               )
                                       )        **ORDER**
12   E.K. McDANIEL, *et al.*,          )
                                       )
13            Respondents.             )
                                       )
14   _____  )

15

16          This is a closed action on a petition for a writ of habeas corpus pursuant to 28 U.S.C.

17   §2254, brought by Richard Armstrong, a Nevada prisoner.  Respondents move to substitute parties to

18   replace Renee Baker for respondent E.K. McDaniel (ECF No. 24).  Because the case is closed and a

19   certificate of appealability has been denied by the Ninth Circuit Court of Appeals (ECF No. 22) this

20   motion shall be denied as moot.

21          **IT IS SO ORDERED.**

22

23          Dated this 4th day of November, 2011.

24

25                                              _____
                                                UNITED STATES DISTRICT JUDGE
26